| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| | Susan J. Olson, SBN 152467 |
| 2 | BULLIVANT HOUSER BAILEY PC |
| | 601 California Street, Suite 1800 |
| 3 | San Francisco, California  94108 |
| | Telephone: 415.352.2700 |
| 4 | Facsimile: 415.352.2701 |
| | E-Mail: ron.richman@bullivant.com |
| 5 |         susan.olson@bullivant.com |
| 6 | Attorneys for Plaintiff |
| | BOARD OF TRUSTEES OF THE |
| 7 | LABORERS PENSION TRUST FUND FOR |
| | NORTHERN CALIFORNIA |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 13-04462 RS |
| | **REQUEST FOR 60-DAY STAY; ORDER THEREON** |
| Plaintiff, | |
| vs. | **Case Management Conference:** |
| MARION A. LINTON, an individual, | Date:  January 16, 2014 |
| | Time:  10:00 a.m. |
| | Ctroom: 3, 17th Floor |
| Defendant. | Hon. Richard Seeborg |

Plaintiff Board of Trustees of the Laborers Pension Trust Fund for Northern California ("Laborers Trust Fund") provides this abbreviated case management statement and request for stay, based on the following.

The underlying principal balance in dispute is $12,830.00.  Defendant Marion Linton has been cooperative, to date, and we are working towards a settlement of this action.  Defendant Linton advised plaintiff Laborers Trust Fund that she was awarded restitution in a criminal matter and it is taking some time to obtain the necessary information and documentation regarding the criminal restitution awarded to Defendant Linton which will factor into a settlement.

/ / /

1    Plaintiff anticipates that this matter will be resolved and the parties will be able to enter
2 into a binding settlement within the next sixty (60) days. Based on this development, plaintiff
3 Laborers Trust Fund respectfully requests that this Court stay the action for sixty (60) days.
4 DATED: December 16, 2013

BULLIVANT HOUSER BAILEY PC

By *Ronald L. Richman* (signature)
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiff

**ORDER**

Pursuant to the plaintiff's Laborers Trust Fund update and request for a stay and good cause appearing:

IT IS HEREBY ORDERED that this matter is stayed for sixty (60) days and that the January 16, 2014, case management conference be continued to <u>March 20</u>, 2014 at 10:00 a.m., Courtroom 3, 17th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiff files a request for dismissal prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: December 16 2013

By (signature)
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

14397366.1

— 2 —
REQUEST FOR 60-DAY STAY; ORDER THEREON

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On December 16, 2013, I served the document(s) entitled:

**REQUEST FOR 60-DAY STAY; ORDER THEREON**

upon the following party(ies):

Marion A. Linton                                   *Defendant, pro per*
1200 Funny Bug Rd., #A
Placerville, CA  95667

☒   BY MAIL (CCP § 1013(a)):  I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2013, at San Francisco, California.

Kristina M. Clark

*****