Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                Plaintiff,<br><br>     vs.<br><br>MARION A. LINTON, an individual,<br><br>                Defendant. | Case No.: CV-13-4462-RS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Board of Trustees for the

Laborers Pension Trust Fund for Northern California, on the one hand, and Defendant

Marion A. Linton, on the other hand, that pursuant to the Settlement Agreement and Release

and Stipulation for Judgment ("Settlement Agreement"), which is expressly incorporated by

reference into this Stipulation for Dismissal Without Prejudice and For the Court To Retain

Jurisdiction to Enforce Settlement, that this Court dismiss this action, without prejudice, and

retain jurisdiction over this matter to enforce the Settlement Agreement should

///

///

///

1    any action be required to enforce the Settlement Agreement after the dismissal without prejudice

2    is entered by the Court.

3    DATED:  January 27, 2014

4                                                    BULLIVANT HOUSER BAILEY PC

5

6                                                    By _____

7                                                         Ronald L. Richman
                                                          Susan J. Olson

8                                                    Attorneys for Plaintiff

9
     DATED: January 22, 2014
10

11                                                   By _____

12                                                        Marion A. Linton
                                                          Defendant

13

14

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27

28

                                                  – 2 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the parties' Stipulation and Settlement Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court.  See generally, *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

DATED:  ___1/29___ , 2014

By _____
   HON. RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

14421011.1

— 3 —